IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EUGHINIA JONES

            02-3540
            District Court Docket Number

vs.

DONALD T. VAUGHN, ETAL

Notice of Appeal Filed 3/5/04
Court Reporter(s)/ESR Operator(s)    N/A

Filing Fee:
    Notice of Appeal __Paid _X_Not Paid ___Seaman
    Docket Fee     __Paid _X_Not Paid ___USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
_X_Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
_X_Denied
__Pending

CC: JUDGE GREEN
    APPEALS CLERK
    USCA

Defendant's Address (for criminal appeals)

_____
_____
_____

Prepared by : _____
                 LINDA V. JERRY, Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm