IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGHINA JONES, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 02-CV-3540 |
| | : | |
| DAVID T. VAGHN, | | |
| Defendant. | : | |

**ORDER**

Presently pending is Plaintiff's Motion to Proceed <u>In Forma Pauperis</u>. AND **NOW**, this _____ day of March 2004, upon consideration of Plaintiff's Affidavit in support of the motion, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Proceed In Forma Pauperis is GRANTED.

BY THE COURT:

_____
CLIFFORD SCOTT GREEN, S.J.